

LODGED

SEP 2 2 2017

Clerk, U.S. District Court
District Of Montana
Great Falls

**FILED**

SEP 2 7 2017

Clerk, U S Courts
District Of Montana
Great Falls Division

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**INNES DOBBINS,**<br><br>**Defendant.** | **VIOLATION:**<br>**6026591**<br><br>**Location Code: M13**<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $50 and a $30 processing fee for VN 6026591 for a total amount of $80. The fine will be paid in full on or before September 29, 2017. Payment(s) should be mailed to the following address:

> Central Violations Bureau
> P.O. Box 71363
> Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

DATED this 26 day of September, 2017.

John Johnston
United States Magistrate Judge